APR 03 2008

HA... ...AER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE SMITH,

                Plaintiff,

-against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, TISHMAN CONSTRUCTION
CORPORATION, DANIEL R. TISHMAN, and
JOHN LIVINGSTON,

                Defendants.
------------------------------------------------------------X

Civil Action No: 08 CV 1816 (1/1/3)

**STIPULATION OF
VOLUNTARY DISMISSAL**

WHEREAS the parties intend to arbitrate the dispute arising out of Christine Smith's employment and cessation of employment with Defendants,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned counsel, who are authorized to execute this Stipulation, that the above captioned action is withdrawn in its entirety, with prejudice to refile in state or federal court, and with no award of attorneys' fees, costs, or disbursements by this Court to any party.

IT IS HEREBY STIPULATED AND AGREED that Defendants do not object to being named as Respondents in an arbitration proceeding before the American Arbitration Association ("the AAA") and submit to the jurisdiction of the AAA.

IT IS HEREBY STIPULATED AND AGREED that nothing contained herein shall be construed as a waiver by the parties of their right to bring an action vacating or confirming the decision of the arbitrator(s) *but this action is over and the clerk is instructed to close this case + remove it from my docket.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

Dated: New York, New York

April 2, 2008

CARABBA LOCKE LLP

By: _____
    Jeffrey Schulman

100 William Street
New York, New York 10038
(212) 430-6400

*Attorneys for Plaintiff Christine Smith*

Dated: New York, New York

April 2, 2008

JACKSON LEWIS LLP

By: _____
    Kevin G. Lauri

59 Maiden Lane
New York, New York 10038
(212) 545-4000

*Attorneys for Defendants Tishman Construction Corporation of New York, Tishman Construction Corporation, Daniel R. Tishman and John Livingston*

4/7/08 _____